IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 1:06-cr-37-SPM-GRJ-1
                                                                        1:11-cv-277-MP-GRJ

JOAQUIN GOMES

_____/

## O R D E R

      This matter is before the Court on Doc. 90, a petition for a writ of habeas corpus.

The Court construes this as a Motion to Vacate under 28 U.S.C. § 2255. Petitioner did

not use the Court's form for § 2255 petitions. This deficiency must be corrected before

the Court undertakes further review of the petition.

      Accordingly, it is **ORDERED:**

      1. The **Clerk** shall send Petitioner a blank § 2255 habeas corpus form and
instructions. Petitioner shall mark the form "Amended Petition," complete the
form in its entirety, and return the signed original and two identical service copies
to the Court **on or before January 27, 2012.**

      2. Failure to comply with this Order within the allotted time will result in a
recommendation to the District Judge that this case be dismissed.

      **DONE AND ORDERED** this 28th day of December 2011.

*s/ Gary R. Jones*

GARY R. JONES
United States Magistrate Judge